MAMIE W. LIVINGSTON v. HARRY LIVINGSTON.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JACOB REISS v. ADOLPH MAYER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STELLA H. KEATING and Another v. EMMA SWIFT HAMMERSTEIN, Individually and as Executrix, etc., Impleaded, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MERLE I. ST. JOHN v. WILLIAM F. STUHLMILLER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GENERAL INVESTMENT COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GENERAL INVESTMENT COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CONTINENTAL SECURITIES COMPANY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CLARENCE H. VENNER v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM E. WEISBROD v. M. G. COLLINS, as President, etc., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PAPER SERVICE COMPANY, INC., v. INDUSTRIAL PAPER COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS J. FLOOD.— Motion granted on condition that the case be ready for argument on or before March 7, 1922.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of THE FARMERS' LOAN AND TRUST COMPANY and Another, as Executors, etc., of ANNA K. BARBEY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHEMUNG IRON AND STEEL COMPANY v. SMITH & HEMENWAY, INC.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAUL BRUSKIND and Others v. PAUL RUBKIN and Another.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX SCHWEITZER v. SIGMUND W. BARASCH.— Application granted.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN KARMAZIN v. LA BRECQUE COMPANY, INC.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.